**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**RAFAEL LOPEZ,**

**Plaintiff,**

**v.** **Case No. 3:25cv2408-MCR-HTC**

**CITY OF PENSACOLA, et al.,**

**Defendants.**

______________________________/

**ORDER**

The Magistrate Judge issued a Report and Recommendation dated March 26, 2026 (ECF No. 46). The Parties have been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Having made a *de novo* determination of all timely filed objections, ECF No. 47, and having considered the Escambia County School Board's response to the objections, ECF No. 48, as well as Plaintiff's reply, ECF No. 49, the Court concludes that the Report and Recommendation should be adopted in part and rejected in part.

While the undersigned does not take issue with any part of the Magistrate Judge's substantive analysis, in an abundance of caution and to avoid any suggestion that the facts were not construed in Plaintiff's favor, the Court exercises discretion to allow Plaintiff one final opportunity to cure certain deficiencies through amendment with the benefit of the analysis set out in the Report and

Recommendation. Plaintiff will be granted leave to amend as to Counts I (First Amendment retaliation), III (Fourth Amendment stigma-plus), and VI (Monell—City of Pensacola) to cure the deficiencies identified, if possible. However, the Court agrees with the Magistrate Judge that Plaintiff's claims of Counts II (interference with court access), IV (informational privacy-child), V (parental liberty interest), and Count VII (Monell Liability–Board) as well as Counts VIII and IX insofar as they seek damages and declaratory and injunctive relief against the Board, fail as a matter of law and amendment would be futile.

Accordingly:

1. The Magistrate Judge's Report and Recommendation (ECF No. 46) is adopted in part and incorporated by reference in this Order, except as to Part III, Section G, which is rejected in part. Leave to amend will be granted as to Counts I, III, and VI.

2. Defendants City of Pensacola and Hendrick Martinez's motion to dismiss (ECF No. 27) is **GRANTED with leave to amend** as to Counts I, III, and VI.

3. Defendant Escambia County School Board's motion to dismiss (ECF No. 35) is **GRANTED** and the claims against this defendant are **DISMISSED WITH PREJUDICE**.

4. The claims against Defendant Gary Marsh are **DISMISSED WITHOUT PREJUDICE** for Lopez's failure to timely serve Marsh under Federal Rule of Civil Procedure 4(m) and for failure to state a claim.

5. Plaintiff has 14 days to cure the deficiencies set out in the Report and Recommendation as to Counts I, III, and VI, if possible, through the filing of an amended complaint. The amended complaint is therefore due **September 17, 2026**.

6. The case is recommitted to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 3rd day of September, 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**